## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BLACKSMITH INVESTMENT,
LLC,

    Plaintiff,

      v.

OCEAN STEEL & CONSTRUCTION,
LTD, ET AL,

    Defendants.

CA. NO. 04-10368-MBB

## ***NOTICE***

September 21, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **2:30 p.m., Thursday, September 30, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                              /s/
                         **MARIANNE B. BOWLER**
                        Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**