UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket No. 04 10368 WGY

FILED
CLERKS OFFICE

2005 MAR 30 P 12: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| BLACKSMITH INVESTMENTS, LLC )<br>Plaintiff, )<br>Vs. )<br>)<br>OCEAN STEEL & CONTRUCTION, LTD., )<br>YORK STEEL, INC. )<br>Defendants, ) | **JOINT MOTION TO CONTINUE STATUS CONFERENCE DATE** |

Plaintiff and Defendant respectfully request that the court grant this unopposed motion to continue the status conference date from April 4, 2005 to June 15, 2005.  Plaintiffs counsel has a court ordered arbitration scheduled (with agreed-to arbitrator cost delay penalties) for three weeks in May and four day trial scheduled the first week of June.

Both parties are in the process of lengthy discovery. Numerous Defendant documents exist.  Defendant York Steel, Inc. anticipates production of their documents in Massachusetts, rather than in Canada, for pre-mediation purposes, so long as the documents requested are narrowed.  Plaintiff has agreed to narrow discovery requests.  Both parties goal is mediation in June following the next status conference.  No mediation date has been established as of this date.

Blacksmith Investments, LLC
By their attorney,

*/s/ Guy E. Guarino*

Guy E. Guarino, Esq.
BBO No. 2113960
72 Country Club Way
Ipswich, MA   01938
(978) 356-7500

Ocean Steel & Construction,
Ltd., York Steel, Inc.
By their attorney,

*/s/ Paul F. Lynch*

Paul F. Lynch, Esq.
BBO NO. 55605
Carolan & Greeley
65 Franklin Street
Boston, MA  02110-1303
(617) 348-2900

Dated: March 29, 2005