**Contact** American Arbitration Association
950 Warren Avenue
East Providence, RI 02914
telephone: 866-293-4053   facsimile: 401-435-6529

Mediation    nel
Jerrold A. Olanoff,    q.

**Current Employer-Title**  Corwin & Corwin LLP - Partner

**Profession**  Attorney

**Work History**  Partner/Associate, Corwin & Corwin LLP, 1965-present; Attorney, Law O:   :s of Morris Michelson, 1963-64; Attorney, Lemelman & Lemelman, 1962-63.

**Experience**  Substantially all of practice since 1965 has been in all aspects of construction l: and litigation representing subcontractors, general contractors, and owners. Litigated in state an federal courts, arbitrated, and mediated claims and disputes relating to building and heavy construction involving contract balances, extras, delays, plan and specification interpretation, termination, arbitration awards, sub-surface, concealed and unforeseen conditions, loss productiv hazardous waste, damages, and material failure. Represented clients in administrative hearings o code interpretation and public bidding. Prepared and enforced liens for contractors, subcontracto and suppliers on private projects. Perfected and pursued bond claims on private, state, and federa projects. Negotiated contracts for closeouts of construction projects. Projects in public and priv: construction include apartments/condominiums; banking, medical, and hospital facilities; conven centers; educational institutions; industrial facilities; libraries; office buildings; pharmaceutical/biological research and production facilities; retail store/shopping centers; roads; piers; bridges; state and municipal buildings; transportation facilities; warehouse and distribution centers; and water/sewer treatment plants. Conducted numerous seminars on construction law for various trade organizations, continuing legal education, and professional associations.

**Representative Cases Handled as Mediator**  Served as a mediator on disputes on building and heavy construction involving contract and specification interpretation and compliance contract balances, delays, scheduling, extras, incomplete and defective work, soils, concrete, structural steel, mechanical and electrical systems, fire protection, granite, painting, flooring, windows and curtainwall, masonry, roofing, drywall and contract compliance and claims involving EPA remediation sites.

**Representative Cases Handled as Arbitrator**  Served as an arbitrator on disputes between designers, owners, general contractors, subcontractors and suppliers involving contract balances, contract interpretation, defective and incomplete work, unforeseen conditions, delay, lost productivity, c.93A claims (unfair and deceptive trade practices), and termination on public and private projects.

*Jerrold A. Olanoff, Esq.*
*43748*

**Alternative Dispute Resolution Experience**  Since 1965 represented clients in approximately 80 heavy and building construction arbitrations including subcontractors, gene contractors, suppliers, and owners in disputes ranging from $10,000 to $5 million. Represent clients in approximately 30 mediations in construction disputes of the same type and monetar  nge. Arbitration cases were before one and three-arbitrator tribunals requiring between one and 16 hearing days and involved numerous procedural issues on the Construction Industry Rules of t American Arbitration Association. Acted as an American Arbitration Association appointed arbitrator or mediator in numerous construction matters relating to building and heavy constru  n. Served as an arbitrator or mediator on disputes between designers, owners, general contractors subcontractors and suppliers involving contract balances, contract and specification interpretati and compliance, defective and incomplete work, extras, unforeseen conditions, delay, lost productivity, c.93A claims (unfair and deceptive trade practices), termination on public and pri projects and EPA remediation sites. Served as a mediator on disputes on building construction involving contract and specification interpretation and compliance, contract balances, extras, incomplete and defective work, delays and scheduling and contract compliance and claims relat  to EPA remediation sites. Served as arbitrator/mediator in approximately five disputes relating to charter of, sale of and defects in powerboats and sailboats. Member of the AAA Construction Arbitration Master Panel.

**Alternative Dispute Resolution Training**  ACE001 - Arbitration Awards: Safeguar  , Deciding & Writing Awards, 12/04; Arbitrator Update 2003; AAA Construction Arbitrator II Training, Hartford, 11/02; AAA Construction Industry Arbitrator Training, Boston, 11/97; AAA Mediation Training Program, 2/97; Corwin & Corwin sponsored Mediation Training, 1997, 1996 AAA Mediation Training, Boston, 6/92; attended and served as faculty at many other AAA semir various other ADR training.

**Professional Licenses**  Admitted to the Bar: Massachusetts, 1962; U.S. District Court, District of Massachusetts, 1963.

**Professional Associations**  Massachusetts Bar Association

**Education**  Brown University (AB-1958); Columbia University (LLB-1961); Boston Universit (LLM-1964).

**References**  John J. Spignesi, Esq. (781) 380-1533; Joel Lewin, Esq., (617) 345-9000; Robert Lizza, Esq., (617) 523-2700.

**Fees**                 $270.00 Per Hour
Includes preliminary conferences, session, and study time.

**Citizenship**  United States of America

*Jerrold A. Olanoff, Esq.*
*43748*