UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10368-WGY

|  |  |
|---|---|
| BLACKSMITH INVESTMENTS, LLC, ) | OFFER OF JUDGMENT |
| Plaintiff ) |  |
| v. ) |  |
| OCEAN STEEL & CONSTRUCTION, ) |  |
| LTD. and YORK STEEL, INC. ) |  |
| Defendants ) |  |

Pursuant to Fed. R. Civ. P. 68, Defendant Ocean Steel & Construction LTD offers judgment in the amount of one hundred twenty five thousand dollars ($125,000.00). This Offer of Judgment, if accepted, is intended to resolve this case in its entirety and therefore if accepted will resolve all claims against all Defendants.

Dated: December 9, 2005

OCEAN STEEL & CONSTRUCTION, LTD.,
By its attorneys,

_____
Paul F. Lynch       (BBO# 557605)
CAROLAN & GREELEY
65 Franklin Street, Fifth Floor
Boston, MA  02110-1303
(617) 348-2900

**CERTIFICATE OF SERVICE**

I, Paul F. Lynch, hereby certify that on December 9, 2005 I caused a copy of the within Offer of Judgment to be served upon Plaintiff Blacksmith Investments, LLC by mailing a copy of same, by first class mail, postage prepaid, to Guy Guarino, Esq. at 72 Country Club Way, Ipswich, MA 01938 and by Facsimile (facsimile no. (978) 356-9289).

_____
Paul F. Lynch