UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-10368 MBB

BLACKSMITH INVESTMENTS, LLC. )
                       Plaintiff, )
Vs. )
                                    )   ACCEPTANCE OF
OCEAN STEEL & CONSTRUCTION, LTD. )   OFFER OF JUDGMENT
And YORK STEEL, INC. )
                       Defendants,)

    Pursuant to Federal Rule Civil Procedure 68 Plaintiff Blacksmith Investments, LLC accepts Defendant Ocean Steel & Construction, Ltd. Offer of Judgment in the amount of one hundred twenty-five thousand dollars ($125,000.00), intended to resolve this case in its entirety.

                                        BLACKSMITH INVESTMENTS, LLC.
                                        By their attorney,

                                        Guy E. Guarino
                                        BBO NO. 213960
                                        72 Country Club Way
                                        Ipswich, MA 01938
                                        (978) 356-7500

### CERTIFICATE OF SERVICE

    IO, Guy E. Guarino, Attorney for Blacksmith Investments, LLC, certify that I have this date caused to be mailed, postage prepaid, a copy of Plaintiff's Acceptance of Offer of Judgment, and by Facsimile on December 19, 2005 the same to, Paul F. Lynch, Esquire c/o Carolan & Greeley, 65 Franklin Street, fifth Floor, Boston, MA 02110-1303

December 20, 2005                                     Guy E. Guarino