UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BLACKSMITH INVESTMENTS, LLC.,
        Plaintiff,

v.                                            CIVIL ACTION
                                            NO. 04-10368-MBB

OCEAN STEEL & CONSTRUCTION, LTD.
and YORK STEEL, INC.
        Defendant.

## ORDER OF DISMISSAL

JANUARY 3, 2006

**BOWLER, U.S.M.J.**

        The court having been advised that the above-entitled action has been settled:

        It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

        Upon good cause shown, any party may move to reopen the action within sixty (60) days if settlement is not consummated.

                                          /s/ Marianne B. Bowler

                                          **MARIANNE B. BOWLER**

                                          United States Magistrate Judge