UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BLACKSMITH INVESTMENTS, LLC.,
    Plaintiff,

v.                                                    CIVIL ACTION
                                                           NO.  04-10368-MBB

OCEAN STEEL & CONSTRUCTION, LTD.
and YORK STEEL, INC.,
    Defendant.

## FINAL JUDGMENT

### March 3, 2006

**BOWLER,  U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

                                        /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge